# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

Bridget M. McCormack,
Chief Justice

162546(49)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

CATHERINE MALLORY and LABARON
MALLORY,

   Plaintiffs-Appellants,

v

            SC: 162546
            COA: 350263
            Oakland CC: 2018-164572-NH

BEAUMONT HEALTH SYSTEM, doing
business as BEAUMONT ROYAL OAK
HOSPITAL, DR. ARTIN BASTANI, M.D.,
LINDSEY SARNOVSKY, CRNA, and
JANICE E. WOLFF, CRNA,

     Defendants-Appellees.
_____/

   On order of the Chief Justice, the motion of defendants-appellees Beaumont Health System, Sarnovsky, and Wolff to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 29, 2021.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 17, 2021      

                Clerk